Channing J. Hartelius
HARTELIUS LAW CENTER
401 3rd Ave. North
P.O. Box 1024
Great Falls, MT 59403
Telephone: 406-788-0035
Facsimile: 406-731-
Email: channing@harteliuslaw.com

IN THE UNTITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| HERITAGE INN, INC.<br><br>Plaintiff,<br><br>vs.<br><br>BERKLEY NORTH PACIFIC GROUP, UNION INSURANCE COMPANY, JOHN DOES 1-5.<br><br>Defendants. | Cause No: CV-21-17-GF-BMM-JTJ<br><br><br>MOTION TO DISMISS |
|---|---|

COMES NOW Plaintiff, by and through its attorney of record, Channing J. Hartelius and moves this court to dismiss the above captioned matter with prejudice for the reason that the case resolved itself with each party to bear their own fees and costs.

Respectfully submitted this 25th day of May, 2021.

                                                    */s/ Channing J. Hartelius*
                                                  Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of April 2021, a copy of the foregoing document was served on the following persons by the following means:

  1    CM/ECF

  ____  Hand Delivery

  ____  U.S. Mail

  ____  Overnight Delivery

  ____  Facsimile

  ____  Electronic mail

1.  Clerk of Court

*/s/ Channing J. Hartelius*
Attorney for Plaintiff
