IN THE UNTITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| HERITAGE INN, INC.<br><br>Plaintiff,<br><br>vs.<br><br>BERKLEY NORTH PACIFIC GROUP, UNION INSURANCE COMPANY, JOHN DOES 1-5.<br><br>Defendants. | Cause No: CV-21-17-GF-BMM-JTJ<br><br>ORDER TO DISMISS |

UPON Motion of the Plaintiff and good cause appearing therefrom;

IT IS HEREBY ORDERED that this matter is dismissed with prejudice with each party responsible for their own attorneys' fees and costs.

DATED this  25th  day of May, 2021.

_____
John Johnston
United States Magistrate Judge